IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ERENDIDA TOSADO, JANELLE TOSADO, and CARLOS TOSADO, | ) ) ) |
| Plaintiffs, | ) Case No. 14 CV 3139 ) ) JUDGE LEE |
| vs. | ) ) ) |
| The CITY OF CHICAGO and Chicago Police Officers B. CHINCHILLA #9445, JAMES L. ECHOLS #12329, FEDERICO ANDAVERDE #2530, and other UNKNOWN OFFICERS, | ) ) ) ) ) ) |
| Defendants. | ) |

**DEFENDANTS' MOTION FOR LEAVE TO
WITHDRAW APPEARANCE OF JENNIFER MARTIN**

COMES NOW Defendants, by Counsel Jennifer Martin, and move for the withdrawal of Jennifer Martin, Assistant Corporation Counsel, from the above-captained case for the reasons set forth below:

1. On June 27, 2014, Jennifer Martin filed an appearance to represent Defendants in the above-captioned case. (Dkt. No. 15).

2. Jennifer Martin has resigned from the City of Chicago Federal Civil Rights Litigation Division effective July 31, 2014. Accordingly, Jennifer Martin will no longer be able to represent Defendants in the above-captioned case.

3. Accordingly, Ms. Martin seeks leave to withdraw from this matter and to have her appearance terminated.

4. Lindsay Wilson-Gowin is still lead counsel for the Defendants.

5. This motion is not intended to cause delay to this proceeding or to prejudice any party.

**WHEREFORE,** Defendants requests that this Court grant leave to withdraw Jennifer Martin's appearance.

>
> Respectfully submitted,
>
> /s/ Jennifer Martin
> 30 North LaSalle Street, Suite 900
> Chicago, Illinois 60602
> (312)742-0305
> Attorney No.   6308367
> *Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2014, I caused a true and correct copy of the above and foregoing **DEFENDANT'S MOTION FOR LEAVE TO WITHDRAW JENNIFER MARTIN AS COUNSEL,** to be sent to all counsel of record via the Court's CM/ECF electronic filing system.

Respectfully submitted,

 /s/ Jennifer Martin
 30 North LaSalle Street, Suite 900
 Chicago, Illinois 60602
 (312)742-0305
 Attorney No.  6308367
 *Attorney for Defendants*