UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

ERENDIDA TOSADO, JANELLE TOSDADO, )
and CARLOS TOSADO, )
                                 )
                Plaintiffs, )        14 CV 3139
                                 )
    vs. )        Judge LEE
                                 )
The CITY OF CHICAGO, et al., )        Magistrate Judge MARTIN
                                 )
                Defendants. )

**PLAINTIFFS' ACCEPTANCE OF
DEFENDANTS' RULE 68 OFFER OF JUDGMENT**

**Exhibit A:** Defendants' Offer of Judgment

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ERENDIDA TOSADO, JANELLE TOSADO, and CARLOS TOSADO, ) ) ) | |
| ) | Case No. 14 CV 3139 |
| Plaintiffs, ) ) | JUDGE LEE |
| vs. ) ) | |
| The CITY OF CHICAGO and Chicago Police Officers B. CHINCHILLA #9445, JAMES L. ECHOLS #12329, FEDERICO ANDAVERDE #2530, and other UNKNOWN OFFICERS, ) ) ) ) ) | |
| Defendants. ) | |

## OFFER OF JUDGMENT

Defendants City of Chicago, Baneond Chinchilla, James Echols and Federico Andaverde jointly make the following Offer of Judgment to Plaintiffs Erendida Tosado, Janelle Tosado and Carlos Tosado pursuant to Federal Rule of Civil Procedure 68:

1. Defendants offer to allow judgment to be taken against them collectively and in favor of Plaintiffs in the total amount of THIRTY THOUSAND THREE AND NO/100 DOLLARS ($30,003.00), with each Plaintiff to receive TEN THOUSAND ONE AND NO/100 DOLLARS ($10,001.00), plus reasonable attorneys' fees and costs accrued as of July 24, 2014 in an amount to be determined by the court.

2. This Offer of Judgment is inclusive of all claims each Plaintiff has or may have against Defendants, any unnamed officers, and any other current or former employees or agents of the City of Chicago, arising from the incident or injuries alleged in Plaintiffs' Complaint or any amendment thereof.

1

4.	This Offer of Judgment is made for the purposes specified in Fed. R. Civ. P. 68, and is not to be construed as either an admission of liability or wrongdoing on the part of any of Defendants, or as an admission that Plaintiffs suffered any damages.

5.	This Offer of Judgment is subject to the following condition: it must be accepted by all Plaintiffs against all Defendants. Acceptance of this Offer of Judgment by fewer than all Plaintiffs or against fewer than all Defendants shall be deemed a rejection of this offer.

6.	Pursuant to Fed. R. Civ. P. 68, an offer not accepted within fourteen (14) days after service of the offer shall be deemed withdrawn and evidence thereof is not admissible except in a proceeding to determine costs.

7.	This Offer of Judgment shall not be filed with the Court unless (a) accepted, or (b) if necessary in a proceeding to determine costs or fees.

Dated: July 25, 2014				Respectfully submitted,

							/s/
							Counsel for Defendants
							Assistant Corporation Counsel
							30 N. LaSalle Street, Suite 900
							Chicago, IL 60602
							(312) 742-6423
							ARDC No. 6284270

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that she caused a true and correct copy of the above and foregoing **OFFER OF JUDGMENT** to be served via hand delivery to Torreya Hamilton at 53 W. Jackson Blvd., Suite 452, Chicago, IL 60604 on July 25, 2014.

							/s/
							Lindsay Wilson Gowin

2