## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| ERENDIDA TOSADO, JANELLE TOSADO, and CARLOS TOSADO, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | Case No. 14 CV 3139 |
| vs. | ) ) ) ) | JUDGE LEE |
| The CITY OF CHICAGO and Chicago Police Officers B. CHINCHILLA #9445, JAMES L. ECHOLS #12329, FEDERICO ANDAVERDE #2530, and other UNKNOWN OFFICERS, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

### AGREED ORDER

IT IS HEREBY ORDERED that, pursuant to the agreement between Plaintiffs and the City

of Chicago, the City of Chicago shall pay Plaintiffs and their counsel thirteen thousand five hundred

dollars ($13,500.00) in full satisfaction of Plaintiffs' attorneys' fees and costs claimed and awarded

pursuant to 42 U.S.C. §1988 as indemnitor pursuant to 745 ILCS 10/9-102.

Dated: 11/4/14

Signed: _____
Judge John Lee
Northern District of Illinois
Eastern Division